UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 21-10 |
| EDWARD BELL | SECTION "R" (2) |

### ORDER AND REASONS

Before the Court is the Government's motion for an additional one-level decrease in defendant's offense level for timely acceptance of responsibility.[1]

IT IS HEREBY ORDERED that the Government's motion is DENIED. Under U.S. Sentencing Guideline section 3E1.1, a defendant qualifies for the additional one-level decrease in offense level under section 3E1.1(b) if the defendant's offense-level, prior to the initial two-point reduction under 3E1.1(a), is "level 16 or greater." U.S.S.G. § 3E1.1(b). Here, defendant's offense level before the two-point reduction is 14. Accordingly, he is not qualified for the additional one-level decrease.

---

[1] R. Doc. 35.

New Orleans, Louisiana, this __29th__ day of July, 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE